**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00138-CV**
_____

**SARAH WISENBAKER, Appellant**

**V.**

**TIFFANY THORN, Appellee**

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 137,501**

**MEMORANDUM OPINION**

On May 4, 2022, the trial court signed a judgment for possession in favor of

Tiffany Thorn in a forcible detained suit. Sarah Wisenbaker, Appellant, filed a notice

of appeal. The reporter's record was filed on May 26, 2022, and the clerk's record

was filed on June 17, 2022. The brief of the appellant was due on July 20, 2022.

On August 2, 2022, we notified the parties that Appellant's brief was past due.

We warned the parties that unless we received a brief and motion for extension of

time by August 12, 2022, the Court would submit the appeal on the record without

a brief. We warned Appellant that the failure to file a brief could result in dismissal of the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1). Appellant failed to file a brief.[1]

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on September 14, 2022
Opinion Delivered September 29, 2022

Before Golemon, C.J., Horton and Johnson, JJ.

---

[1] On August 24, 2022, we also notified the parties that the Court was submitting the appeal on the record alone without briefs as of September 14, 2022.